IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| JOSEPH DELLA RATTA<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BROADNECK DEVELOPMENT CORP., *et al.*<br><br>　　　　Defendants. | Case No. JKB-20-0938 |

**DEFENDANTS JOSEPH BALDWIN AND JOHN DIXON'S
<u>CERTIFICATION OF FILING OF STATE COURT DOCUMENTS</u>**

Defendants Joseph Baldwin ("Baldwin") and John Dixon ("Dixon"), pursuant to Local Rule 103.5(a), hereby certify that, although Defendants have not been properly served with a Summons in the state court matter, all documents now on file in the state court action from which this action was removed have been filed in this action in accordance with the electronic filing procedures of the United States District Court for the District of Maryland.

Dated: April 10, 2020

　　　　　　　　　　　　　　　　　　　*/s/ William B. King*
　　　　　　　　　　　　　　　　　　Michael B. MacWilliams, Bar No. 23442
　　　　　　　　　　　　　　　　　　MBMacWilliams@Venable.com
　　　　　　　　　　　　　　　　　　William B. King, Bar No. 19643
　　　　　　　　　　　　　　　　　　WBKing@Venable.com
　　　　　　　　　　　　　　　　　　VENABLE LLP
　　　　　　　　　　　　　　　　　　750 East Pratt Street, Suite 900
　　　　　　　　　　　　　　　　　　Baltimore, Maryland 21202
　　　　　　　　　　　　　　　　　　Tel.　(410) 244-7400
　　　　　　　　　　　　　　　　　　Fax　(410) 244-7742

-2-

        Matthew R. Alsip, Bar No. 28002
        MRAlsip@Venable.com
        VENABLE LLP
        210 West Pennsylvania Avenue, Suite 500
        Towson, Maryland 21204
        Tel.   (410) 494-6200
        Fax   (410) 821-0147

        *Attorneys for Defendants*
        *Joseph Baldwin and John Dixon*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 10th day of April, 2020, I filed the foregoing Certification of Filing of State Court Documents though the Court's CM/ECF system and sent a true and correct copy of the same via email and first-class mail, postage prepaid, to the following:

>Peter F. Axelrad
>Axelrad@CouncilBaradel.com
>COUNCIL, BARADEL, KOSMERL & NOLAN P.A.
>125 West Street, Fourth Floor
>Annapolis, Maryland 21401
>Tel.    (410) 268-6600
>Fax    (410) 269-8409
>
>*Attorneys for Plaintiff*
>
>
>Gregory L. Arbogast
>GArbogast@GebSmith.com
>GEBHART & SMITH LLP
>One South Street, Suite 2200
>Baltimore, Maryland 21202
>Tel.    (410) 752-5830
>Fax    (443) 957-4324
>
>*Attorneys for Co-Defendant*
>*Broadneck Development Corp.*

>>*/s/ William B. King*
>>William B. King